## No. 17,719.

WILLIAM P. SULLIVAN, AS MANAGER OF SAFETY, ETC. *v.*
SIDNEY HOMLER.
(287 P. [2d] 53)

Decided August 8, 1955. Rehearing denied September 6, 1955.

Mr. JOHN C. BANKS, Mr. JOSEPH E. NEWMAN, for plaintiff in error.

Mr. LEO SANDERS MOSES, for defendant in error.

*In Department.*

MR. JUSTICE HOLLAND delivered the opinion of the Court.

THE writ of error in the foregoing entitled cause is ordered dismissed for the reason that no final judgment appears in the record.

MR. CHIEF JUSTICE ALTER and MR. JUSTICE CLARK concur.